Same case below, 385 Fed. Appx. 881.

Same case below, 407 Fed. Appx. 211.

**No. 10-9828. Willis Mark Haynes, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3478.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 920.

**No. 10-9830. Omar Hervis, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2890, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3504.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9831. Santiago Gomez, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2891, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3520.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9834. Moises Ramirez-Acoltzi, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2891, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3489.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9835. Micah Peacock, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2891, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3389.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 474.

**No. 10-9836. Shaun Sanders, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2891, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3463.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 406 Fed. Appx. 995.

**No. 10-9839. Salvador Gonzalez, Petitioner v. United States.**

563 U.S. 982, 131 S. Ct. 2891, 179 L. Ed. 2d 1201, 2011 U.S. LEXIS 3380.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 122.